# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Amon, Carol B. | U.S. District Court, EDNY | 05/15/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

225 Cadman Plaza East
Room 9085
Brooklyn, New York 11201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 05/15/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Self employed attorney - law partnership distribution |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | William Connor Inn of Court | 1/14/14 | New York, New York | Annual Dinner | Food |
| 2. | Pepperdine University School of Law | 3/2 - 3/7/14 | Malibu, California | Lecturer | Transportation, lodging and food |
| 3. | Federal Bar Council | 4/30/14 | New York, New York | Law Day Dinner | Food |
| 4. | New York Intellectual Property Law Association (NYIPLA) | 4/28/14 | New York, New York | Judges' Dinner | Transportation and food |
| 5. | NYS Bar ASsociation | 5/2 - 5/4/14 | Lenox, Massachusetts | Spring meeting | Lodging and food |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Passumpic Bank | Mortgage of rental property - Newport, Vermont (Part VII, Line 18) | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA Accts Citibank, B'klyn, NY FidelityAd.DynamicCapAppFud | B | Dividend | K | T | | | | | |
| 2. Law Partnership, Cap Acct. | | None | M | T | | | | | |
| 3. Thomas G. Amon Pension Plan | A | Interest | J | T | | | | | |
| 4. Thomas G. Amon PrfShr Plan | A | Interest | J | T | | | | | |
| 5. Citibank N.A., Money Market | B | Interest | M | T | | | | | |
| 6. Fidelity ContraFund II | A | Dividend | J | T | | | | | |
| 7. Fidelity Independence Fund | A | Dividend | J | T | | | | | |
| 8. Aim/Dynamics FD Class B (Name change Invesco/Aim) | A | Dividend | J | T | | | | | |
| 9. Fidelity Ad. Equity Growth | A | Dividend | K | T | | | | | |
| 10. Fidelity Ad Tech Fund | A | Dividend | J | T | | | | | |
| 11. Legg Mason Partners Financial Services Fund B | A | Dividend | J | T | | | | | |
| 12. Legg Mason Partners Large Cap Value Fund N | A | Dividend | J | T | | | | | |
| 13. MFS Moderate Allocation | B | Dividend | M | T | | | | | |
| 14. Chase Select Checking | A | Interest | J | T | | | | | |
| 15. Encore Networks, Inc. (See VIII) | | None | M | T | | | | | |
| 16. Rental Property New Port, VT (See VIII) | D | Rent | M | R | | | | | |
| 17. Equitable Variable LIfe Policy | B | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Rental Property Newport, VT (See VIII) | A | Rent | | | Sold | 03/15/14 | N | G | |
| 19. Aim Technology | A | Dividend | J | T | | | | | S. Finch, Concord, N.H. |
| 20. Sonic Mountain, Inc. | | None | K | U | | | | | |
| 21. Citibank CD | A | Interest | J | T | | | | | |
| 22. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 23. Spoleto Corp. (See VIII) | C | Interest | M | T | | | | | |
| 24. Pimco Total Return Fund (Bonds) | C | Interest | M | T | | | | | |
| 25. Franklin Rising Dividends FD Class A | A | Dividend | L | T | | | | | |
| 26. JP Morgan Chase Brokerage Account # 1 Header (See VIII) | | | | | | | | | |
| 27. -William Companies | A | Dividend | J | T | | | | | |
| 28. -3M Co. | A | Dividend | J | T | | | | | |
| 29. -Arthur Gallagher Co. | A | Dividend | J | T | | | | | |
| 30. -ADP, Inc. | A | Dividend | J | T | | | | | |
| 31. -Chevron Corp. | A | Dividend | J | T | | | | | |
| 32. -Cincinnati Financial Corp. | A | Dividend | J | T | | | | | |
| 33. -Cinemark Holdings, Inc. | A | Dividend | J | T | | | | | |
| 34. -Cinemark Holdings, Inc. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   -CME Group, Inc. | A | Dividend | J | T | | | | | |
| 36.   -Coca-Cola Co. | A | Dividend | J | T | | | | | |
| 37.   -Conoco Phillips | A | Dividend | J | T | | | | | |
| 38.   -Cullen Frost | A | Dividend | J | T | | | | | |
| 39.   -Hershey Company | A | Dividend | J | T | | | | | |
| 40.   -Home Depot, Inc. | A | Dividend | J | T | | | | | |
| 41.   -Johnson & Johnson | A | Dividend | J | T | | | | | |
| 42.   -KLA-Tencor Corp. | A | Dividend | J | T | | | | | |
| 43.   -Limited Brands Inc. | A | Dividend | J | T | | | | | |
| 44.   -M&T Bank Corp. | A | Dividend | J | T | | | | | |
| 45.   -Merck & Co. Inc. | A | Dividend | J | T | | | | | |
| 46.   -Merck & Co. Inc. | A | Dividend | J | T | | | | | |
| 47.   -Microsoft Corp. | A | Dividend | J | T | | | | | |
| 48.   -Mondelez Int'l | A | Dividend | J | T | | | | | |
| 49.   -Nsource Services Inc. | A | Dividend | J | T | | | | | |
| 50.   -Pfizer Inc. | A | Dividend | J | T | | | | | |
| 51.   -Phillip Morris Int'l | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -PPG Industries, Inc. | A | Dividend | J | T | | | | | |
| 53. -Proctor & Gamble Co. | A | Dividend | J | T | | | | | |
| 54. -Sempra Energy | A | Dividend | J | T | | | | | |
| 55. -Sempra Energy | A | Distribution | J | T | | | | | |
| 56. -Sempra Energy | A | Dividend | J | T | | | | | |
| 57. -Snap On Inc. | A | Dividend | J | T | | | | | |
| 58. -T. Rowe Price Group Inc. | A | Dividend | J | T | | | | | |
| 59. -The Travelers Companies Inc. | A | Dividend | J | T | | | | | |
| 60. -Time Warner Inc. | A | Dividend | J | T | | | | | |
| 61. -Time Warner Cable Inc. | A | Dividend | J | T | | | | | |
| 62. -Validus Holdings Ltd. | A | Dividend | J | T | | | | | |
| 63. -Verizon Communications | A | Dividend | J | T | | | | | |
| 64. -Williams Sonoma Inc. | A | Dividend | J | T | | | | | |
| 65. -Wells Fargo & Co. | A | Dividend | J | T | | | | | |
| 66. -Nsource Inc. | A | Dividend | J | T | | | | | |
| 67. -Texas Instruments | A | Dividend | J | T | | | | | |
| 68. -Johnson & Johnson | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   -Abbvie, Inc. | A | Dividend | J | T | | | | | |
| 70.   -Fidelity Nat'l Information | A | Dividend | J | T | | | | | |
| 71.   -KLA-Tencore Corp | A | Dividend | J | T | | | | | |
| 72.   -Yum Brands Inc. | A | Dividend | | | Sold | 04/23/14 | J | A | |
| 73.   -Proctor & Gamble Co. | A | Dividend | J | T | | | | | |
| 74.   -Occidental Petroleum | A | Dividend | J | T | | | | | |
| 75.   -Edison Int'l | A | Dividend | J | T | | | | | |
| 76.   -PNC Fin. Services Inc. | A | Dividend | J | T | | | | | |
| 77.   -Bristol Meyers Squibb | A | Dividend | J | T | | | | | |
| 78.   -Illinois Tool Works | A | Dividend | J | T | Sold<br>(part) | 06/25/14 | J | A | |
| 79.   -DTE Energy Co. | A | Dividend | J | T | Sold<br>(part) | 06/25/14 | J | A | |
| 80.   -Accenture PLC | A | Dividend | J | T | | | | | |
| 81.   -OmniCom Group Inc. | A | Dividend | J | T | Sold<br>(part) | 06/25/14 | J | A | |
| 82.   -Air Products & Chemicals, Inc. | A | Dividend | J | T | Sold<br>(part) | 06/18/14 | J | A | |
| 83.   -Analog Devices | A | Dividend | J | T | | | | | |
| 84.   -BB&T Corp. | A | Dividend | J | T | Sold<br>(part) | 06/25/14 | J | A | |
| 85.   -Marathon Petroleum | A | Dividend | J | T | Sold<br>(part) | 06/25/14 | J | A | |

| 1 Income Gain Codes: | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Northern Trust Corp. | A | Dividend | J | T | | | | | |
| 87. -Altria Group | A | Dividend | | | Buy | 07/10/14 | J | | |
| 88. -Altria Group | A | Dividend | | | Sold | 12/02/14 | J | A | |
| 89. -BB&T Corp | A | Dividend | | | Buy | 01/24/14 | J | | |
| 90. -BB&T Corp | | | | | Sold | 12/02/14 | J | A | |
| 91. -Gap, Inc. | A | Dividend | J | T | Buy | 04/03/14 | J | | |
| 92. -Gap, Inc. | | | | | Sold (part) | 12/11/14 | J | A | |
| 93. -California Resources | A | Dividend | | | Buy | 11/03/14 | J | | |
| 94. -California Resources | | | | | Sold | 12/08/14 | J | A | |
| 95. -Verizon.com | A | Dividend | | | Buy | 02/24/14 | J | | |
| 96. -Verizon.com | | | | | Sold | 12/02/14 | J | A | |
| 97. -US Bancorp Del. | A | Dividend | J | T | Buy | 01/02/14 | J | | |
| 98. -US Bancorp Del. | | | | | Sold (part) | 12/02/14 | J | A | |
| 99. JP Morgan Chase Brokerage Account # 2 Header (See VIII) | | | | | | | | | |
| 100. -Aztrazeneca | A | Dividend | | | Buy | 03/25/14 | J | | |
| 101. -Astrazeneca | | | | | Sold | 05/27/14 | J | A | |
| 102. -BAE Systems | A | Dividend | J | T | Buy | 03/25/14 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  -Bayer A.G | A | Dividend | J | T | Buy | 03/25/14 | J | | |
| 104.  -BHP Ltd | A | Dividend | J | T | Buy | 03/25/14 | J | | |
| 105.  -BNP Paribas | A | Dividend | J | T | Buy | 03/25/14 | J | | |
| 106.  -BOCHong Kong Holdings | A | Dividend | | | Buy | 03/25/14 | J | | |
| 107.  -BOCHong Kong Holdings | | | | | Sold | 05/15/14 | J | A | |
| 108.  -British American Tobacco | A | Dividend | J | T | Buy | 03/25/14 | J | | |
| 109.  -Deutsche Telecom | A | Dividend | J | T | Buy | 03/25/14 | J | | |
| 110.  -Deutsche Post | A | Dividend | J | T | Buy | 03/25/14 | J | | |
| 111.  -GDF Suez | A | Dividend | J | T | Buy | 03/25/14 | J | | |
| 112.  -Glaxo Smith Kline | A | Dividend | J | T | Buy | 03/25/14 | J | | |
| 113.  -Imperial Tobacco | A | Dividend | J | T | Buy | 03/25/14 | J | | |
| 114.  -Japan Tobacco | A | Dividend | J | T | Buy | 03/25/14 | J | | |
| 115.  -JPM Tax Free | A | Dividend | J | T | Buy | 03/25/14 | J | | |
| 116.  -Kirin Holdings | A | Dividend | J | T | Buy | 03/25/14 | J | | |
| 117.  -Lukoil | A | Dividend | | | Buy | 03/25/14 | J | | |
| 118.  -Lukoil | | | | | Sold | 10/06/14 | J | A | |
| 119.  -MTN Group Ltd | A | Dividend | J | T | Buy | 03/25/14 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Muenchener Rueck | A | Dividend | J | T | Buy | 03/25/14 | J | | |
| 121.  -Nestles SA | A | Dividend | J | T | Buy | 03/25/14 | J | | |
| 122.  -Nippon Tel. | A | Dividend | J | T | Buy | 03/25/14 | J | | |
| 123.  -Novartis | | None | J | T | Buy | 03/25/14 | J | | |
| 124.  -Orkla ASA | A | Dividend | J | T | Buy | 03/25/14 | J | | |
| 125.  -Reckitt Benckiser Gr.. | A | Dividend | J | T | Buy | 03/25/14 | J | | |
| 126.  -Rexam Holdings LP | A | Dividend | J | T | Buy | 03/25/14 | J | | |
| 127.  -Royal Dutch Shell PLC | A | Dividend | J | T | Buy | 03/25/14 | J | | |
| 128.  -Sanofi | A | Dividend | J | T | Buy | 03/25/14 | J | | |
| 129.  -Siemans Ag. | | None | J | T | Buy | 03/25/14 | J | | |
| 130.  -Singapore Telecom | A | Dividend | J | T | Buy | 03/25/14 | J | | |
| 131.  -Smiths Group PLC | A | Dividend | | | Buy | 03/25/14 | J | | |
| 132.  -Smiths Group PLC | | | | | Sold | 04/23/14 | J | A | |
| 133.  -SSE PLC | A | Dividend | J | T | Buy | 03/25/14 | J | | |
| 134.  -Statoil ASA | A | Dividend | J | T | Buy | 03/25/14 | J | | |
| 135.  -Telecomunikasi Ind | A | Dividend | J | T | Buy | 03/25/14 | J | | |
| 136.  -Total SA | A | Dividend | J | T | Buy | 03/25/14 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div, rent, or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Unilever NV | A | Dividend | J | T | Buy | 03/25/14 | J | | |
| 138. -United Overseas Bank Ltd | A | Dividend | J | T | Buy | 03/25/14 | J | | |
| 139. -Vodafone Group, PLC | A | Dividend | J | T | Buy | 03/25/14 | J | | |
| 140. -Zurich Ins. Group | A | Dividend | J | T | Buy | 03/25/14 | J | | |
| 141. -HSBC Holdings | A | Dividend | | | Buy | 03/25/14 | J | | |
| 142. -HSBC Holdings | | | | | Sold | 08/12/14 | J | A | |
| 143. -ABB Ltd | A | Dividend | | | Buy | 03/25/14 | J | | |
| 144. -ABB Ltd | | | | | Sold | 05/15/14 | J | A | |
| 145. JP Morgan Chase Brokerage Account # 3 Header (See VIII) | | | | | | | | | |
| 146. -CMS Energy Corp. | | None | | | Sold | 11/15/13 | J | A | |
| 147. -Int'l Paper | A | Dividend | J | T | Buy | 04/11/14 | J | | |
| 148. -Int'l Paper | | | | | Sold (part) | 07/25/14 | J | A | |
| 149. -People's United | A | Dividend | | | Buy | 04/11/14 | J | | |
| 150. -People's United | | | | | Sold | 10/20/14 | J | A | |
| 151. -Qualcom Inc. | A | Dividend | | | Buy | 04/11/14 | J | | |
| 152. -Qualcom Inc. | | | | | Sold | 11/06/14 | J | A | |
| 153. -Target Corp. | A | Dividend | | | Buy | 04/11/14 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -Target Corp. | | | | | Sold | 05/05/14 | J | A | |
| 155.  -AT&T Inc. | A | Dividend | J | T | Buy | 04/11/14 | J | | |
| 156.  -AT&T Inc. | | | | | Sold (part) | 12/09/14 | J | A | |
| 157.  -Cal. Resources | A | Dividend | | | Buy | 04/11/14 | J | | |
| 158.  -Cal. Resources | | | | | Sold | 12/09/14 | J | A | |
| 159.  -CDK Global | A | Dividend | | | Buy | 04/11/14 | J | | |
| 160.  -CDK Global | | | | | Sold | 10/23/14 | J | A | |
| 161.  -E. I. DuPont | A | Dividend | J | T | Buy | 04/11/14 | J | | |
| 162.  -E. I. DuPont | | | | | Sold (part) | 06/27/14 | J | A | |
| 163.  -Honda Motor Ltd. | A | Dividend | | | Buy | 04/11/14 | J | | |
| 164.  -Honda Motor Ltd. | | | | | Sold | 10/02/14 | J | A | |
| 165.  -Anheuser Busch | A | Dividend | J | T | Buy | 04/11/14 | J | A | |
| 166.  -Nestles SA | A | Dividend | J | T | Buy | 04/11/14 | J | A | |
| 167.  -Weyerheuser | A | Dividend | J | T | Buy | 04/11/14 | J | A | |
| 168.  -Schlumberger | A | Dividend | J | T | Buy | 04/11/14 | J | A | |
| 169.  -Walmart | A | Dividend | J | T | Buy | 04/11/14 | J | A | |
| 170.  -Wastemanagement | A | Dividend | J | T | Buy | 04/11/14 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A <br> Description of Assets <br> (including trust assets) <br><br> Place "(X)" after each asset <br> exempt from prior disclosure | B <br> Income during <br> reporting period | | C <br> Gross value at end <br> of reporting period | | D <br> Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) <br> Amount <br> Code 1 <br> (A-H) | (2) <br> Type (e g , <br> div , rent, <br> or int ) | (1) <br> Value <br> Code 2 <br> (J-P) | (2) <br> Value <br> Method <br> Code 3 <br> (Q-W) | (1) <br> Type (e g , <br> buy, sell, <br> redemption) | (2) <br> Date <br> mm/dd/yy | (3) <br> Value <br> Code 2 <br> (J-P) | (4) <br> Gain <br> Code 1 <br> (A-H) | (5) <br> Identity of <br> buyer/seller <br> (if private <br> transaction) |
| 171. -Wisconsin Energy | A | Dividend | J | T | Buy | 04/11/14 | J | A | |
| 172. -The Travelers Cos. | A | Dividend | J | T | Buy | 04/11/14 | J | | |
| 173. -Union Pacific | A | Dividend | J | T | Buy | 04/11/14 | J | | |
| 174. -United Tech. | A | Dividend | J | T | Buy | 04/11/14 | J | | |
| 175. -United Health | A | Dividend | J | T | Buy | 04/11/14 | J | | |
| 176. -Verizon Com. | A | Dividend | J | T | Buy | 04/11/14 | J | | |
| 177. -Spectra | A | Dividend | J | T | Buy | 04/11/14 | J | | |
| 178. -Texas Instruments | A | Dividend | J | T | Buy | 04/11/14 | J | | |
| 179. -Time Warner Inc. | A | Dividend | J | T | Buy | 04/11/14 | J | | |
| 180. -People's United | A | Dividend | J | T | Buy | 04/11/14 | J | | |
| 181. -PepsiCo, Inc. | A | Dividend | J | T | Buy | 04/11/14 | J | | |
| 182. -Pfizer, Inc. | A | Dividend | J | T | Buy | 04/11/14 | J | | |
| 183. -Praxair Inc. | A | Dividend | J | T | Buy | 04/11/14 | J | | |
| 184. -Proctor & Gamble | A | Dividend | J | T | Buy | 04/11/14 | J | | |
| 185. -Qualcom | A | Dividend | J | T | Buy | 04/11/14 | J | | |
| 186. -Raytheon | A | Dividend | J | T | Buy | 04/11/14 | J | | |
| 187. -MetLife (Whole Life) | A | Dividend | J | T | Buy | 04/11/14 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  -Microsoft | A | Dividend | J | T | Buy | 04/11/14 | J | | |
| 189.  -Nextera | A | Dividend | J | T | Buy | 04/11/14 | J | | |
| 190.  -Oracle | A | Dividend | J | T | Buy | 04/11/14 | J | | |
| 191.  -PPG Industries | A | Dividend | J | T | Buy | 04/11/14 | J | | |
| 192.  -Home Depot | A | Dividend | J | T | Buy | 04/11/14 | J | | |
| 193.  -Intel Co. | A | Dividend | J | T | Buy | 04/11/14 | J | | |
| 194.  -Johnson & Johnson | A | Dividend | J | T | Buy | 04/11/14 | J | | |
| 195.  -Kimberly Clark | A | Dividend | J | T | Buy | 04/11/14 | J | | |
| 196.  -Merck & Co. | A | Dividend | J | T | Buy | 04/11/14 | J | | |
| 197.  -Comcast Corp. | A | Dividend | J | T | Buy | 04/11/14 | J | | |
| 198.  -Costco | A | Dividend | J | T | Buy | 04/11/14 | J | | |
| 199.  -Ecolab Inc. | A | Dividend | J | T | Buy | 04/11/14 | J | | |
| 200.  -Exxon Mobil | A | Dividend | J | T | Buy | 04/11/14 | J | | |
| 201.  -General Electric | A | Dividend | J | T | Buy | 04/11/14 | J | | |
| 202.  -American Tower Corp. | A | Dividend | J | T | Buy | 04/11/14 | J | | |
| 203.  -Amgen Inc. | A | Dividend | J | T | Buy | 04/11/14 | J | | |
| 204.  -ADP, Inc. | A | Dividend | J | T | Buy | 04/11/14 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205.  -Chevron | A | Dividend | J | T | Buy | 04/11/14 | J | | |

| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 05/15/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Re: Part VII

Item 15 - Market value of vested options lees exercise on 12/31/14.

Item 16 - Rental property located in City of Newport, Chittendon County, Vermont, inherited in 1994. Value at date acquired - $200,000.

Item 18 - Rental property located in City of Newport, Chittendon County, Vermont acquired on September 5, 2005. Purchase price $220,000.

Item 23 - Asset management company.

Item 26 - Managed Asset Account of Spoleto Corp.

Item 99 - Managed Asset Account.

Item 145 - Managed Asset Account.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Carol B. Amon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544